**Opinion issued December 16, 2025**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-25-00030-CV

————————————

## IN RE CAROUSEL VILLAGE CONDO'S, INC., D/B/A VILLA ROSE SENIOR HOUSING RV PARK, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Carousel Village Condo's, Inc. d/b/a Villa Rose Senior Housing RV Park ("Carousel Village"), has filed a petition for writ of mandamus requesting that this Court direct the trial judge to enforce specific performance of a Rule 11 Agreement. Carousel Village asserts that the trial court erred "by failing to specifically enforce the Rule 11 Agreement and compel the [City of Pasadena's] Mayor and . . . City Attorney to fulfill the written promise to submit the Rule 11

Agreement to the . . . City Council, *with recommendation for approval*, within sixty (60) days for an up or down vote."[1] Carousel Village further requests attorney's fees for breach of contract.

We previously abated this original proceeding until final resolution of the appeal in appellate case 01-24-01032-CV or further order of this Court. We hereby lift the abatement and reinstate the original proceeding. We deny the petition. *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

---

[1]     The underlying case is *Carousel Village Condo's, Inc. d/b/a Villa Rose Senior Housing RV Park*, Cause No. 2023-83616 in the 152nd District Court of Harris County, Texas, the Honorable Robert Shaffer, then presiding and the Honorable Takasha L. Francis, now presiding.